

FILED

07/31/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0118

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0118

STATE OF MONTANA,

Plaintiff and Appellee,

FILED

JUL 3 1 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

v.

O R D E R

TERENCE R. PASSMORE,

Defendant and Appellant.

Appellant has filed a motion for a 90-day extension of time to file his opening brief in the referenced matter. Good cause appearing.

IT IS ORDERED that the motion for extension is GRANTED. Appellant has until November 16, 2020, within which to file his opening brief.

No further extensions will be granted.

DATED this 31st day of July, 2020.

For the Court,

By _____
Chief Justice